JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 847 -- In re VMS Real Estate Partnerships Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/04/03 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-16), CERT. OF SVC. -- Filed by The VMS Defendants (VMS Realty, Inc.; VMS Realty Partners; Peter R. Morris; Robert D. Van Kampen; Joel A. Stone; VMS Realty Management, Inc.; VMS Securities, Inc.; VMS Staged Equity I, Inc.; VMS Staged Equity II, Inc.; Chicago Wheaton Partners, Van Kampen Stone, Inc.; VMS Mortgage Company II; Residential Equities, Ltd.; Morris/Stone Associates; VMS National Hotel Partners; VMS Hotel Mortgage Inc.; VMS National Properties; VMS Management, Inc.; VMS Mortgage Company; John C. Merritt and Brewster Realty, Inc.); The Illinois Plaintiffs (Joseph G. Iantuono, et al.; Marian J. Kitta, et al.; Norman Ciment, etc; Jeanette S. Williams, et al.; Oscar Spitz, etc.; Anne Manasse, et al.; John S. Piscotty, etc.; Raymond A. McCormick, et al.; Sonny Merrit, et al.; Daniel V. Malloy, etc.; Stanley L. Goldberg, et al. and William Wilkinson, et al.); Prudential-Bache Properties and Prudential-Bache Securities -- SUGGESTED TRANSFEREE DISTRICT: N.D. ILLINOIS -- SUGGESTED TRANSFEREE JUDGE: ? -- (received 3/29/90) (rh) |
| 90/04/03 | 2 | MOTION/MEMORANDUM FOR EXPEDITED RESOLUTION OF PENDING MOTION TO TRANSFER -- Filed by The VMS Defendants (VMS Realty, Inc.; VMS Realty Partners; Peter R. Morris; Robert D. Van Kampen; Joel A. Stone; VMS Realty Management, Inc.; VMS Securities, Inc.; VMS Staged Equity I, Inc.; VMS Staged Equity II, Inc.; Chicago Wheaton Partners, Van Kampen Stone, Inc.; VMS Mortgage Company II; Residential Equities, Ltd.; Morris/Stone Associates; VMS National Hotel Partners; VMS Hotel Mortgage Inc.; VMS National Properties; VMS Management, Inc.; VMS Mortgage Company; John C. Merritt and Brewster Realty, Inc.) -- w/cert. of svc. (received 4/3/90) (rh) |
| 90/04/04 |  | LETTER -- Filed by The VMS Defendants (dated 4/3/90) (to confirm that Alburquerque/San Pedro Office Park Associates; The Congregate Living Partnership and Resort Retirement Properties Associates are affiliates of the VMS Defendants) -- (received 4/4/90) -- **Attached to pldg. #1** (rh) |
| 90/04/04 |  | LETTER -- Filed by The VMS Defendants (dated 4/3/90) -- **Attached to pldg. #2 -- w/Exhibits A-B** and cert. of svc. (received 4/4/90) (rh) |
| 90/04/04 | 3 | MEMORANDUM/DECLARATION OF PATRICIA A. MEYER -- (to pldg. #2) Filed by Robert Gustafson, et al. -- w/**Exhibits A-F** and cert. of svc. (received 4/4/90) (rh) |

847

| Date | No. | Entry |
|---|---|---|
| 90/04/09 | | ORDER DENYING MOTION FOR EXPEDITED RESOLUTION -- notified involved counsel, judges and clerks (cds) |
| 90/04/09 | | HEARING ORDER -- setting motion to transfer for Panel Hearing in Sioux Falls, South Dakota on May 31, 1990 -- notified involved judges, clerks and counsel (cds) |
| 90/04/16 | | APPEARANCES: MICHAEL D. MOORE, ESQ. for Paul J. Corkery, et al.; RONALD A. SCHY, ESQ. for John S. Piscotty, etc., Stanley L. Goldberg, et al., Sonny Merrit, et al., Raymond A. McCormick, et al., Joseph G. Iantuono, et al., Jeanette S. Williams, et al., Oscar Spitz, etc., Daniel V. Malloy, etc., William Wilkinson, et al., Anne Manasse, et al., Marian J. Kitta, et al., Norman Ciment, etc.; JAMES E. SPIOTTO, ESQ. for Continental Casualty Company; CHRISTINA R. PFIRRMAN, ESQ. for Industrial Indemnity Company; THOMAS M. SHOESMITH, ESQ. for Laventhol & Horwath; SHIRLI FABBRI WEISS, ESQ. for Marshall and Stevens Incorporated; SUSAN R. LICHTENSTEIN, ESQ. for Sonnenschein, Nath & Rosenthal; CHARLES W. SIRAGUSA, ESQ. for Robert D. Van Kampen and Brewster Realty, Inc.; W. GORDON DOBIE, ESQ. for VMS Realty Investment, VMA Mortgage Company IV and VMS Mortgage Investors L.P.; CHARLES J. RYAN, JR., ESQ. for Peter R. Morris, Joel A. Stone, Chicago Wheaton Partners, Residential Equities, Ltd.; TIMOTHY A. NELSEN, ESQ. for Prudential-Bache Securities, Inc., Prudential-Bache Properties, Inc.; MARQUERITE M. TOMPKINS, ESQ. for Cigna Securities, Inc., Cigna Realty Resources, Inc. Sixth; JEFFREY P. LENNARD, ESQ. for VMS Realty, Inc., VMS Realty Partners, VMS Realty Management, Inc., VMS Securities, Inc., VMS Staged Equity II, Inc., Van Kampen Stone, Inc., John C. Merritt, VMS Mortgage Company II, Morris/Stone Associates, VMS National Hotel Partners, VMS Hotel Mortgage Inc., VMS Natinal Properties, VMS Management, Inc., VMS Mortgage Company, The Congregate Living Partnership Resort Retirement Properties Associates, Albuquerque/San Pedro Office Park Associates (rh) |
| 90/04/19 | 5 | (Ref. MDL-848 Pldg. No. 1) MOTION, BRIEF, EXHIBIT of five plaintiffs in five Southern California MDL-848 actions for transfer of A-6, A-7, A-8, A-9, A-10, A-11, A-15 and A-16 as well as all 30 MDL-783 actions to the Southern District of California. MDL-848 set for hearing, 5/31/90 in Soiux Falls, South Dakota. SEE MDL-848 FOR FURTHER ENTRIES. (rew) |
| 90/04/20 | 6 | RESPONSE/MEMORANDUM -- (to pldg. #1) Filed by Paul J. Corkery, et al. -- w/Exhibits A-C and cert. of svc. (received 4/20/90) (rh) |

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 847 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/04/23 | 7 | RESPONSE/MEMORANDUM -- (to pldg. #1) Filed by Robert Gustafson, et al. -- w/cert. of svc. (received 4/23/90) (rh) |
| 90/04/23 | 8 | RESPONSE/MEMORANDUM -- (to pldg. #1) Filed by Marshall and Stevens Incorporated -- w/cert. of svc. (received 4/23/90) (rh) |
| 90/04/24 | 9 | NOTICE OF RELATED ACTION -- Filed by VMS Defendants -- **Albert A. Ferreira, etc. v. VMS Realty Partners, et al., N.D. California, C.A. No. C 90-1102-EFL** -- w/cert. of svc. (received 4/24/90) (rh) |
| 90/04/30 | 10 | REPLY -- Filed by The VMS Defendants (VMS Realty, Inc.; VMS Realty Partners; Peter R. Morris; Robert D. Van Kampen; Joel A. Stone; VMS Realty Management, Inc.; VMS Securities, Inc.; VMS Staged Equity I, Inc.; VMS Staged Equity II, Inc.; Chicago Wheaton Partners, Van Kampen Stone, Inc.; VMS Mortgage Company II; Residential Equities, Ltd.; Morris/Stone Associates; VMS National Hotel Partners; VMS Hotel Mortgage Inc.; VMS National Properties; VMS Management, Inc.; VMS Mortgage Company; John C. Merritt and Brewster Realty, Inc;); Prudential-Bache Properties and Prudential-Bache Securities -- w/cert. of svc. (received 4/30/90) (rh) |
| 90/04/30 | 11 | REPLY -- Filed by The Illinois Plaintiffs (Joseph G. Iantuono, et al.; Marian J. Kitta, et al.; Norman Ciment, etc.; Jeanette S. Williams, et al.; Oscar Spitz, etc.; Anne Manasse, et al.; John S. Piscotty, etc.; Raymond A. McCormick, et al.; Sonny Merrit, et al.; Daniel V. Malloy, etc.; Stanley L. Goldberg, et al.; William Wilkinson, et al.) -- w/cert. of svc. (received 4/30/90) (rh) |
| 90/04/30 | 12 | LETTER -- (Supplemental Information) -- Filed by VMS Defendants -- w/cert. of svc. (rh) (received 4/30/90) |
| 90/05/01 |  | AMENDMENT TO HEARING ORDER AND ATTACHED SCHEDULE (filed 4/9/90) -- correcting caption for A-5 -- notified involved judges, clerks and counsel (cds) |
| 90/05/04 | 13 | NOTICE OF RELATED ACTION -- Filed by VMS Defendants -- **Richard G. Dabagian, et al. v. Prudential-Bache Properties, Inc., et al., N.D. Illinois, C.A. No. 90-C-2494** -- w/cert. of svc. (received 5/4/90) (rh) |
| 90/05/09 | 14 | NOTICE OF RELATED ACTION -- Filed by VMS Defendants -- **George W. Keyes, et al. v. VMS Realty Partners, et al., N.D. Illinois, C.A. No. 90-C-2540** -- w/cert. of svc. (received 5/9/90) (rh) |

| | | |
|---|---|---|
| 90/05/11 | 15 | MEMORANDUM -- pltfs. Robert Gustafson, et al. -- w/DECLARATION OF ADRIANNE W. BAKER, EXHIBIT A and w/cert. of service (cds) |
| 90/05/15 | 16 | NOTICE OF RELATED ACTION -- Filed by VMS Defendants -- **Dean Andrea, et al. v. Prudential-Bache Properties, Inc., et al., N.D. Illinois, C.A. No. 90-C-02679** -- w/cert. of service (cds) |
| 90/05/21 | 17 | LETTER -- (Supplemental Information) -- Filed by VMS Defendants -- w/cert. of svc. (rh) |
| 90/05/23 | 18 | NOTICE OF RELATED ACTION -- filed by VMS defts. -- Goldberg, et al. v. Prudential-Bache Securities, Inc., N.D. Illinois, C.A. No. 90-C-1615 w/cert. of svc. (ds) |
| 90/05/30 | | HEARING APPEARANCES -- JEFFREY P. LENNARD, ESQ. for VMS Defendants: VMS Realty, Inc., VMS Realty Partners, VMS Realty Management, Inc., VMS Securities, Inc., VMS Staged Equity II, Inc., VMS Mortgage Company II, VMS National Hotel Partners, VMS Hotel Mortgage, Inc., VMS National Properties, VMS Management, Inc., VMS Mortgage Company, Peter R. Moris, Robert D. Van Kampen, Joel A. Stone, Chicago Wheaton Partners, Van Kampen Stone, Inc. John C. Merritt, Residential Equities, Ltd., Morris/Stone Associates and Brewster Realty, Inc.; HERBERT BEIGEL, ESQ. for Illinois plaintiffs: Dr. Wilson V. Garrett, John S. Piscotty, Stanley L. Goldberg, Sonny Merrit, Raymond A. McCormick, Joseph G. Iantuono, Jeanette S. Williams, Oscar Spitz, Daniel V. Malloy, William Wilkinson, Anne and Howard Manasse, Marian J. Kitta and Norman Ciment; TIMOTHY A. NELSEN, ESQ. for Prudential-Bache Securities, Inc. and Prudential-Bache Properties, Inc.; MICHAEL J. AGUIRRE, ESQ. for California and New York plaintiffs: Robert P. Lubin, Richard L. Gordon, Nelson J. Chatelain, Sara Cohen, Robert Gustafson and Robert W. Luppi; MICHAEL D. MOORE, ESQ. for Paul J. Corkery, Ronnie Rone, Max C. Jordan, F.J. Vollmer, Paula Boedeker, Norbert Braeuer, Daley Y. Foster, Billy J. Harris, Bob White, Gordon Flesch and Travis Barton, Jr.; SHIRLI FABBRI WEISS, ESQ. for Marshall and Stevens Inc.; ROBERT J. PERRY, ESQ. for National Union Insurance Co. of Pittsburgh, Pa.; CHRISTINA R. PFIRRMAN, ESQ. for Industrial Indemnity Company; PENNY P. DOMOW, ESQ. for New York defendants: DRG/Sunchase Partners, Diversified Realty Group, Inc., Combs & Company, Ltd., Arthur J. Calace, Jr., Mark A. Calace, Gerald Combs, Gregory Combs, Jeffrey Combs, Carol Durkin, Grayside Realty Corp. and Firemen's Insurance Company of Newark, New Jersey; THOMAS J. O'CONNELL, ESQ. for Ernst & Young (ds) |

JPML FORM 1A

p.5

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 847 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/05/30 | | WAIVERS OF ORAL ARGUMENT -- VMS Realty Investment; VMS Mortgage Company IV; Sonnenschein Nath & Rosenthal; Cigna Securities, Inc.; Cigna Realty Resources, Inc. - Sixth; Laventhol & Horwath; Continental Casualty Company; United States Fidelity & Guaranty Company; Sybedon Corporation, Edwin J. Glickman, Bertram Lewis, Mitchell Davis; CSH-Virgin Isle Hotel Limited Partnership, Harrison-Freedman Associates, Inc. and Clifton S. Harrison; Tucker, Globerman & Feinsand (ds) |
| 90/06/14 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Northern District of Illinois to the Hon. James B. Zagel for pretrial proceedings (rh) |
| 90/06/14 | | TRANSFER ORDER -- Transferring A-1 & A-2 to the Northern District of Illinois pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (rh) |
| 90/06/25 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-17 Albert A. Ferreira v. VMS Realty Partners, et al., N.D. Cal., C.A. No. C-90-1102-EFL -- Notified involved counsel and judges. (ds) |
| 90/07/11 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-17 Albert A. Ferreira v. VMS Realty Partners, et al., N.D. California, C.A. No. C-90-1102-EFL -- Notified involved judges and clerks (rh) |
| 90/07/27 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-25 Michael G. Kostuk, Jr., et al. v. VMS Realty, Inc., et al., D. Massachusetts, C.A. No. 90-11496-K -- Notified involved counsel and judges (ds) |
| 90/08/15 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-25 Michael G. Kostuk, Jr., et al. v. VMS Realty, Inc., et al., D. Mass., C.A. No. 90-11496-K -- Notified involved judges and clerks (cds) |
| 90/08/29 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-26 Continental Casulaty Company v. E. Vincent O'Brien v. Thomson McKinnon Securities, Inc., et al.; Thomson McKinnon Securities, Inc. v. VMS Realty, Inc., et al., D. New Jersey, C.A. No. 90-2930 -- Notified involved counsel and judges (rh) |

| Date | No. | Description |
|---|---|---|
| 90/09/18 | 19 | ORDER OF REMAND -- remanding B-26 Continental Casualty Co. to the Superior Court of New Jersey, filed Aug. 30. 1990 and signed by Judge Alfred M. Wolin (ds) |
| 90/09/18 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- B-26 Continental Casualty Company v. E. Vincent O'Brien v. Thomson McKinnon Securities, Inc., et al.; Thomson McKinnon Securities, Inc. v. VMS Realty, Inc., et al., D. New Jersey, C.A. No. 90-2930 -- notified involved clerks, judges and counsel (ds) |
| 90/09/26 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-27 Richard A. Jameson v. Prudential-Bache Properties, Inc., et al., E.D. Pennsylvania, C.A. No. 90-5816 -- Notified involved counsel and judges (rh) |
| 90/10/12 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-27 Richard A. Jameson v. Prudential-Bache Properties, Inc., et al., E.D. Pennsylvania, C.A. No. 90-5816 -- Notified involved judges and clerks (rh) |
| 91/04/30 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- Jack A. Friedland, et al. v. Cigna Securities, Inc., et al., D. Arizona, C.A. No. 91-CV-33 -- Notified involved counsel and judges (sg) |
| 91/05/16 | 20 | NOTICE OF OPPOSITION -- (B-28) Jack A. Friedland, et al. v. Cigna Securities, Inc., et al., D. Arizona, C.A. No. 91-CV-33 (sg) |
| 91/05/31 | 21 | MOTION/MEMORANDUM TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by plfts. in B-28 Jack A. Friedland, et al. v. Cigna Securities, Inc., et al., D. Arizona, C.A. No. 91-CV-33 -- w/cert. of svc. (sg) |
| 91/06/14 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on July 26, 1991 in Portland, Maine (sg) |
| 91/06/18 | 22 | RESPONSE-- (to pldg. #21) Filed by defts. CIGNA Securities, Inc. and CIGNA Corporation -- w/Exhibits A-E and cert. of svc. (received 06/18/91) (sg) |

JPML FORM 1A

p.7

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 847 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/06/26 | 23 | REPLY -- filed by pltfs. Jack A. Friedland, et al. w/cert. of svc. and Exhibit A (ds) |
| 91/07/26 | | HEARING APPEARANCES (hearing on 7/26/91 in Portland, Maine) -- RONALD A. SCHY, ESQ. for Jack A. Friedland, M.D., Harriett S. Friedland and P.C. Restated Profit Sharing Plan; C. JOHN KOCH, ESQ. for Cigna Securities, Inc., Cigna Corporation and Cigna Realty Resources, Inc.-Sixth (ds) |
| 91/07/26 | | WAIVERS OF ORAL ARGUMENT (hearing on 7/26/91 in Portland, Maine) -- Peter R. Morris, Joel A. Stone and Residential Equities, Ltd.; Sonnenschein, Nath & Rosenthal; Prudential Securities, Inc. and Prudential-Bache Properties, Inc.; Xerox Corp. and Van Kampen Merritt, Inc. (ds) |
| 91/08/01 | | TRANSFER ORDER -- B-28 Jack Friedland, et al. v. Cigna Securities, Inc., et al., D. Arizona, C.A. No. 91-CV-33 (**transferred to N.D. Illinois**) -- Notified involved judges, clerks, counsel and panel judges (rh) |
| 91/10/22 | | CONDITIONAL TRANSFER ORDER FILED TODAY--B-44 Lawrence M. Atkins, et al. v. Prudential Securities, Inc. W.D. Michigan, C.A. No. 5:91-CV-54 -- Notified involved counsel and judges (KAC) |
| 91/11/05 | | CONDITIONAL TRANSFER FINAL TODAY -- B-44 Lawrence M. Atkins, et al. v. Prudential Securities, Inc., W.D. Michigan, C.A. No. 5:91-CV-54 (kac) |
| 91/12/27 | 24 | NOTICE OF OPPOSITION -- filed by plft. Charles Benjamin in an undetermined case not yet filed with the Panel -- with cert. of svc. (kac) |
| 92/01/09 | | ORDER STRIKING PLEADING #24 -- Notified involved counsel and clerk. (ds) |
| 92/02/05 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (C-46) Charles Benjamin v. Prudential Securities, Inc., S.D. New York, C.A. No. 91-CIV-8162 -- Notified involved counsel and judges (kac) |
| 92/02/20 | 25 | NOTICE OF OPPOSITION -- filed by pltf. Charles Benjamin in C-46 (Charles Benjamin v. Prudential Securities, Inc., S.D. New York, C.A. No. 91-CIV-8162 (LMM)) -- w/cert. of svc. (bas) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 847 -- 

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/03/06 | 26 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf in C-46 **Charles Benjamin** v. Prudential Securities, Inc., S.D. N.Y., #91-CIV-8162 (LMM) -- w/cert. of svc. (rh) |
| 92/03/12 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-48 Leon J. Berkovsky, et al. v. Cigna Securities, Inc., et al., E.D. Virginia, C.A. No. 92-224-A -- Notified involved counsel and judges. (ds) |
| 92/03/13 | 27 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER AND WITH BRIEF IN OPPOSITION TO TRANSFER OF CASE -- Filed by **pltfs. in C-48 Leon J. Berkovsky, et al.** v. Cigna Securities, Inc., et al., E.D. Va., #92-224-A -- Notified involved counsel and judges (rh) |
| 92/03/24 | 28 | RESPONSE, MEMORANDUM -- (to pldg. #26) Filed by Prudential Securities Incorporated -- w/**Exhibits A-C** and cert. of svc. (rh) |
| 92/03/25 | 29 | MOTION/BRIEF TO VACATE CTO -- filed by pltf. Leon J. Berkovasky (C-48 Leon J. Berkovasky, et al. v. Cigna Securities, Inc., et al., E.D. Va., C.A. No., 92-224-A) -- w/cert. of svc. (ds) |
| 92/04/01 | 30 | REPLY/MEMORANDUM (to pldg. #28) -- filed by pltf. Charles Benjamin w/cert. of svc. (ds) |
| 92/04/07 | 31 | REQUEST FOR EXPEDITED CONSIDERATION OF MOTION TO VACATE CTO -- (C-48 Leon J. Berkovsky v. Cigna Securities, Inc., E.D. Va., C.A. No. CA-92-224-A) -- filed by deft. Cigna Securities, Inc. w/cert. of svc. (ds) |
| 92/04/08 | 32 | RESPONSE (to pldg. #29) -- filed by defts Cigna Securities, Inc., Cigna Individual Financial Services Co. and Gary K. Shepherd w/exhibits A thru D and cert. of svc. (ds) |

847

| | | |
|---|---|---|
| 92/04/15 | | HEARING ORDER -- Setting oppositions of pltfs. in C-46 Benjamin and C-48 Berkovsky, et al. to transfer for Panel Hearing in Santa Fe, New Mexico on May 29, 1992 -- Notified involved counsel, judges and clerks (rh) |
| 92/05/06 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (C-49 Joseph M. Magnolia, et al. v. James R.K. Hardy, et al., D. D.C., C.A. No. 92-0705) -- Notified involved counsel and judges (bas) |
| 92/05/22 | | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- filed by plfts. Joseph M. Magnolia and John Magnolia in (C-49) Magnolia, et al. v. Hardy, et al., D. D.C., C.A. No. 92-0705 -- Notified involved counsel and judges (kac) |
| 92/05/26 | | HEARING APPEARANCES (for Panel Hearing on May 29, 1992, in Santa Fe, New Mexico) -- GREGORY M. WADE, ESQ. for plaintiffs Leon J. Berkovsky, et al.; C. JOHN KOCH, ESQ. for CIGNA Securities, Inc. (bas) |
| 92/06/03 | | TRANSFER ORDER -- (C-46) Charles Benjamin v. Prudential Securities, Inc., S.D. N.Y., C.A. No. 91-Civ-8162 (LMM); (C-48) Leon J. Berkovsky, et al. v. Cigna Securities, Inc., E.D. Va., C.A. No. 92-224-A (transferred to N.D. Illinois) -- Notified involved judges, clerks, counsel and panel judges (bas) |
| 92/06/05 | 34 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltfs. Joseph M. Magnolia & John Magnolia C-49 Magnolia, et al. v. Hardy, et al., D. D.C., C.A. No. 92-705 w/Exhibit A and cert. of svc. (dld) |
| 92/06/19 | | HEARING ORDER -- Setting opposition of pltfs. Joseph M. Magnolia, et al. (C-49) to transfer for Panel Hearing in Richmond, Virginia on July 31, 1992 -- Notified involved counsel, judges and clerks (bas) |
| 92/06/29 | 35 | RESPONSE -- (re: pldg. #34) Filed by deft. Cigna w/exhibits A thru E and cert. of svc. (dld) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 847 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/07/06 | 36 | REPLY -- Filed by pltfs. Joseph M. Magnolia, et al. -- w/cert. of svc. (rh) |
| 92/07/31 | | HEARING APPEARANCES -- (for Panel Hearing on July 31, 1992 in Richmond, Virginia) -- RUSSELL A. HOLLRAH, ESQ. for Joseph M. Magnolia and John Magnolia; C. JOHN KOCH, ESQ. for Cigna Individual Financial Services Company and James R.K. Hardy (kac) |
| 92/07/31 | | WAIVERS OF ORAL ARGUMENT -- (for Panel Hearing on July 31, 1992 in Richmond, Virginia) -- Lawrence M. Atkins, Patrick J. Callihan, Peter A. Dalton and Charles H. Wilkinson, Jr.; Industrial Indemnity Company; Peter R. Morris, Joel A. Stone and Residential Equities,Ltd.; Robert D. Van Kampen, Bewster Realty, Inc.  (kac) |
| 92/08/06 | | TRANSFER ORDER -- C-49 Joseph M. Magnolia, et al. v. James R.K. Hardy, et al., D. District of Columbia, C.A. No. 1:92-705 (Action transferred to N.D. Illinois) -- Notified involved counsel, judges, clerks and panel judges (rh) |
| 92/09/11 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-50 Thomas Kneeshaw, etc. v. Sam W. Marcus, et al., Cal.,C., #SACV 92-552 AHS(RWRx) -- Notified involved counsel and judges (rh) |
| 92/09/17 | 37 | NOTICE OF RELATED ACTION -- filed by defts. Stone and VMS Realty Investment, Ltd. -- (Dubelko, et al. v. Stone and VMS Realty Investment, Ltd., S.D. Fla., C.A. No. 92-8479 Civ.-Zloch) -- w/cert. of svc. (bas) |
| 2/09/28 | 38 | NOTICE OF OPPOSITION -- Filed by pltfs. (C-50) Thomas Kneeshaw, etc. v. Sam W. Marcus, et al., C.D. California, C.A. No. SACV-92-552 AHS - Notified involved counsel and judges (dld) |
| 92/10/08 | 39 | REQUEST FOR EXTENSION OF TIME TO FILE MOTION & BRIEF (re: pldg. #38) -- Filed by pltf. (C-50) Thomas Kneeshaw, etc. v. Sam W. Marcus, et al., C.D. California, C.A. No. SACV-92-552 AHS - GRANTED TO AND INCLUDING OCTOBER 20, 1992 - Notified involved counsel (dld) |

JPML FORM 1A

P11

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 847 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/10/20 | 40 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf in C-50 Thomas Kneeshaw, etc. v. Sam W. Marcus, et al., C.D. California, U.S. District Court C.A. No. SACV 92-522 AHS (RWRX) w/Declaration of Steven L. Dickerson and cert. of svc. (nng) |
| 92/11/03 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (C-51) Michael Dubelko, et al. v. Joel A. Stone, et al., S.D. Florida, C.A. No. 9:92-CV-8604; (C-52) Calhoun W. Umphlett, et al. v. CIGNA Securities, Inc., et al., D. South Carolina, C.A. No. 2:92-CV-3030-18 -- Notified involved counsel and judges (lg) |
| 92/11/06 | | ORDER VACATING CONDITIONAL TRANSFER ORDER --C-52 Calhoun W. Umphlett, et al. v. CIGNA Securities, Inc., et al., D. South Carolina, C.A. No. 2:92-3030-18 -- notified involved clerks, judges and counsel (nng) |
| 92/11/06 | 41 | ORDER -- Calhoun W. Umphlett, et al. v. CIGNA Securities, Inc., et al., D. South Carolina, C.A. No. 2:92-3030-18 (action remanded to state court) signed by Judge David C. Norton in District of South Carolina (dated Nov. 3, 1992) (nng) |
| 92/11/09 | 42 | RESPONSE -- (re: pldg.#40) Filed by Defts. CIGNA Securities, Inc., CIGNA Individual Financial Services Co., and Sam W. Marcus -- w/Declaration of Joi L. Morris, Exhibits A thru G, and cert. of svc. (lg) |
| 92/11/17 | 43 | NOTICE OF OPPOSITION - To CTO Filed by Pltf. (C-51) Michael Dubelko, et al. v. Joel A. Stone, et al., S.D. Florida, C.A. No. 9:92-CV-8604 - Notified involved counsel and judges (lg) |
| 92/11/17 | 44 | REPLY - (re: pldgs.#40, 42) Filed by Pltf. in (C-50) Thomas Kneeshaw, etc. v. Sam W. Marcus, et al., C.D. Calif., C.A. No. SACV-92-552 AHS(RWRx) -- w/Declaration of Steven L. Dickinson and cert. of svc. (lg) |

JPML FORM 1A

p.12

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____

| Date | Pldg. # | Description |
|---|---|---|

92/12/03  45  MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in C-51 Micheal Dubelko, et al. v. VMS Realty Investment, Ltd., et al., S.D. Florida, U.S. District Court Case No. 92-8604 CIV ZLOCH w/Exhibits 1-2 and cert of svc. (nng)

92/12/03  45  MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in C-51 Micheal Dubelko, et al. v. VMS Realty Investment, Ltd., et al., S.D. Florida, U.S. District Court Case No. 92-8604 CIV ZLOCH w/Exhibits 1-2 and cert of svc. (Received 12/02/92, Filed 12/03/92) (nng)

92/12/16        HEARING ORDER -- Setting following oppositions for hearing on 1/29/93 in Fort Myers, Fla. - **(C-51)** Dubelko, et al. v. Joel A. Stone, et al., S.D. Fla., 9:92-8604; **(C-50)** Kneeshaw, etc. v. Sam W. Marcus, et al., C.D. Calif., 8:92-552 - Notified involved counsel, judges & clerks (lg)

92/12/23  46  MOTION, MEMORANDUM TO TRANSFER TO N.D. ILLINOIS -- Filed by defts. CIGNA Securities, Inc., CIGNA Individual Financial Services Company; and CIGNA Corporation in (C-53) J.W. Huffman et al. v. CIGNA Corporation, et al. M.D. Florida, C.A. No. 92-1713-CIV-T-23B w/Exhibits A-B and proof of svc. (nng)

92/12/29  47  RESPONSE, SUPPLEMENTAL APPENDIX -- (re: pldg. # 45) Filed by defts. in C-51 Micheal Dubelko, et al. v. VMS Realty Investment, Ltd., et al., S. D. Florida, U.S. District Court Case No. 92-8604 w/Exhibits A-I and cert of svc. (Received on 12/28/92, Filed on 12/29/92) (nng)

92/12/29  48  MOTION, MEMORANDUM TO TRANSFER TO N.D. ILLINOIS -- Filed by Defts. in **(C-54)** Dennis D. Gordy v. Cigna Securities, Inc., et al., N.D. Iowa, 5:92-04091 - w/Exhibits A-D and proof of svc. (lg)