JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUN 14 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 847

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VMS REAL ESTATE PARTNERSHIPS SECURITIES LITIGATION

TRANSFER ORDER

This litigation presently consists of sixteen actions pending in three federal districts: fourteen actions in the Northern District of Illinois and one action each in the Southern District of California and Northern District of Texas.[1] Before the Panel is a motion by the VMS defendants,[2] the Prudential-Bache defendants,[3] and plaintiffs in the fourteen Illinois actions to centralize the actions in this docket, pursuant to 28 U.S.C. §1407, in the Northern District of Illinois for coordinated or consolidated pretrial proceedings before the Honorable James B. Zagel. Plaintiffs in both the California and Texas actions oppose the motion. A defendant in the California action and in one Illinois action asks the Panel to defer its decision until after a ruling on defendant's motion to dismiss in the California action.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Northern District of Illinois will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions share questions of fact in connection with

---

[1] The Panel has been advised of the pendency of five related actions pending in the Northern District of Illinois. These actions and any additional actions will be treated as potential tag-along actions. See Rules 12 and 13, R.P.J.P.M.L., 120 F.R.D. 251, 258-59 (1988).

[2] As identified by movants, the VMS defendants are as follows: VMS Realty, Inc.; VMS Realty Partners; Peter R. Morris; Robert D. Van Kampen; Joel A. Stone; VMS Realty Management, Inc.; VMS Securities, Inc.; VMS Staged Equity I, Inc.; VMS Staged Equity II, Inc.; Chicago Wheaton Partners; Van Kampen Stone, Inc.; VMS Mortgage Company II; Residential Equities, Ltd.; Morris/Stone Associates; VMS National Hotel Partners; VMS Hotel Mortgage Inc.; VMS National Hotel Properties; VMS Management, Inc.; VMS Mortgage Company; John C. Merritt; and Brewster Realty, Inc.

[3] The Prudential-Bache defendants are as follows: Prudential-Bache Securities, Inc. and Prudential-Bache Properties, Inc.

the sale of interests in, and the method of operation of, various VMS-sponsored real estate limited partnerships. Centralization is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary. We note that opposing defendant's pending motion to dismiss can be presented to and decided by the transferee judge. See In re Air Crash Disaster at Florida Everglades on December 29, 1972, 368 F.Supp. 812, 813 (J.P.M.L. 1973).

In designating the Northern District of Illinois as the transferee forum, we note 1) that the fourteen Illinois actions have already been consolidated for discovery and other pretrial proceedings by Judge Zagel; 2) that virtually all the VMS defendants are either residents of or headquartered in the Illinois district; and 3) that the majority of documents is located in VMS's Chicago office.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Northern District of Illinois be, and the same hereby are, transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable James B. Zagel for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Robert H. Schnacke
Judge of the Panel

SCHEDULE A

MDL-847 -- In re VMS Real Estate Partnerships Securities Litigation

### Southern District of California

Robert Gustafson, et al. v. Prudential Bache Securities, et al., C.A. No. 90-0195-E (IEG)

### Northern District of Texas

Paul J. Corkery, et al. v. VMS Realty Partners, et al., C.A. No. CA 4-90-087-E

### Northern District of Illinois

Joseph G. Iantuono, et al. v. Cigna Securities, et al., C.A. No. 89-C-9390

Marian J. Kitta, et al. v. VMS Staged Equity II, Inc., et al., C.A. No. 90-C-0171

Stanley Eisenberg, etc. v. VMS Securities, Inc., et al., C.A. No. 90-C-0809

Jeanette S. Williams, et al. v. Prudential-Bache Properties, Inc., et al., C.A. No. 90-C-0844

Oscar Spitz, etc. v. Prudential-Bache Prudential-Bache Properties, Inc., et al., C.A. No. 90-C-0866

Oscar Spitz, etc. v. Prudential-Bache Securities, Inc., et al., C.A. No. 90-C-0879

Anne Manasse, et al. v. Prudential-Bache Securities, Inc., et al., C.A. No. 90-C-1230

Anne Manasse, et al. v. Prudential-Bache Securities, Inc., et al., C.A. No. 90-C-1357

John S. Piscotty, et al. v. Prudential-Bache Securities, Inc., et al., C.A. No. 90-C-1429

Raymond A. McCormick, et al. v. Cigna Securities, Inc., et al., C.A. No. 90-C-1447

Sonny Merrit, et al. v. Thomson McKinnon Securities, Inc., et al., C.A. No. 90-C-1448

Daniel V. Malloy, etc. v. Cigna Securities, Inc., et al., C.A. No. 90-C-1582

Stanley L. Goldberg, et al. v. Prudential-Bache Securities, Inc., et al., C.A. No. 90-C-1616

William Wilkinson, et al. v. Prudential-Bache Properties, Inc., et al., C.A. No. 90-C-1617